[Doc. No. 15]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ANDREW DUBLER,<br><br>    Plaintiff,<br><br>  v.<br><br>HANGSTERFER'S LABORATORIES, et al.,<br><br>    Defendants. | Civil No. 09-5144 (RBK/JS) |

**O R D E R**

This matter is before the Court on plaintiff's "Motion to Compel Production of Documents and/or Responses to Interrogatories about the Neosol Formula" [Doc. No. 15]; and the Court having received defendants' opposition [Doc. No. 19] and plaintiff's reply [Doc. No. 22]; and the Court having held oral argument on September 20, 2010; and for the reasons expressed on the record on September 20, 2010; and good cause existing for the entry of this Order,

IT IS HEREBY ORDERED this 21st day of September, 2010, that plaintiff's Motion to Compel Production of Documents is GRANTED in part and DENIED in part; and

IT IS FURTHER ORDERED that by October 1, 2010, defendants shall produce the development documents and the initial formula of their products Neosol 200, Neosol 300 and Neosol 400; and

IT IS FURTHER ORDERED that this Order is entered without prejudice to plaintiff's right to make a future application for

additional development and formula documents, to be supported by an expert's affidavit addressing the need for the documents; and

IT IS FURTHER ORDERED that the foregoing documents shall only be reviewed by plaintiff's attorneys, plaintiff and plaintiff's expert or consultant; and

IT IS FURTHER ORDERED that the foregoing documents shall not be reviewed by plaintiff's expert or consultant prior to plaintiff identifying for defendants the individual(s) to whom the documents will be given and plaintiff supplying the signed Agreement to be Bound that is attached to the Discovery Confidentiality Order entered in the case [Doc. No. 11].  Defendants shall be given a reasonable opportunity to object to plaintiff's expert or consultant; and

IT IS FURTHER ORDERED that all documents produced pursuant to this Order shall be deemed Confidential pursuant to the parties' Discovery Confidentiality Order.

                                            s/Joel Schneider
                                            JOEL SCHNEIDER
                                            United States Magistrate Judge