
# BUDD LARNER
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

1939 Route 70 East
Suite 100
Cherry Hill, N.J. 08003
856-874-9500
Telecopier 856-874-9660
www.buddlarner.com

SUSANNA J. MORRIS
Direct Dial: 856-874-2090
Email: smorris@budd-larner.com

September 24, 2010

**VIA ELECTRONIC FILING**

Hon. Joel Schneider, U.S.M.J.
UNITED STATES DISTRICT COURT
 FOR THE DISTRICT OF NEW JERSEY
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza - Room 2060
Camden, NJ 08101

    Re:  **Andrew Dubler v. Hangsterfer's Laboratories, et al.**
          **United States District Court**
          **District of New Jersey**
          **Civil Action No. 1:09-cv-05144-RBK-JS**

Dear Judge Schneider:

    At the hearing of Plaintiff's Motion to Compel documents on Monday September 20, 2010, you indicated that the defendants were to provide the development documents and initial formula for Hangsterfer's products NeoSol 200, NeoSol 300, and NeoSol 400 by October 4, 2010.  However, in your Order of September 21, 2010 you have required that the production be made by October 1.  My client has been away a portion of this week, and I will be on trial in Warren County New Jersey next week.  As such I am requesting that your order be modified so as to permit the defendants until October 4, 2010 to serve the documents.

So Ordered this 27th day of September, 2010

/s/ Joel Schneider
JOEL SCHNEIDER, USMJ

Respectfully Submitted,

/s/Susanna J. Morris

Susanna J. Morris

NEW YORK      CHERRY HILL      SHORT HILLS      PHILADELPHIA      ATLANTA