# KLEHR ı HARRISON ı HARVEY ı BRANZBURG LLP

Charles A. Ercole
Direct Dial: (215) 569-4282
Email: CERCOLE@klehr.com

September 27, 2010

**VIA ELECTRONIC COURT NOTIFICATION**
Clerk of Court
United States District Court for the District of New Jersey
Camden Vicinage
4th and Cooper Streets
Camden, NJ 08101

    Re:    Dubler v. Hangsterfer's, et als.
             Civil Action No.: 1:09-CV-05144-RBK

Dear Sir/Madam:

    Please be advised that Gianna M. Karapelou is no longer an attorney at the Console Law Offices. Please see Document 14-1 which was filed with the Court entering her appearance in the above-captioned matter and listing her as an attorney at Klehr Harrison Harvey Branzburg, LLP. Please direct all further ECF notifications to Ms. Karapelou at the Klehr Harrison Law Firm.

    Thank you for your attention to this matter.

                                 Very truly yours,

                                 Charles A. Ercole

CAE:slg
cc:    Gianna M. Karapelou, Esq. (via email/PDF)