NOT FOR PUBLICATION (Doc. Nos. 105)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

_____

ANDREW DUBLER,

    Plaintiff,

  v.

HANGSTERFER'S LABORATORIES, et al.,

    Defendants.
_____

Civil No. 09-5144 (RBK/JS)

**ORDER**

**THIS MATTER** having come before the Court pursuant to the motion by Plaintiff Andrew Dubler ("Plaintiff") for reconsideration of this Court's Opinion and Order dated March 5, 2012 (Doc. No. 105); and the Court having considered the parties' submissions;

**IT IS HEREBY ORDERED** that, for the reasons stated in the Court's accompanying Opinion, the Court **DENIES** Plaintiff's Motion for Reconsideration (Doc. No. 105); and

**IT IS HEREBY FURTHER ORDERED** that a certification for interlocutory appeal shall not issue; and

**IT IS HEREBY FURTHER ORDERED** that final judgment pursuant to Fed. R. Civ. P. 54(b) shall not be entered as to Plaintiff's CEPA claim; and

**IT IS HEREBY FURTHER ORDERED** that this matter shall not be stayed.


Dated: 4/16/12                                        /s/ Robert B. Kugler
                                                                   ROBERT B. KUGLER
                                                                   United States District Judge